**DISMISS; and Opinion Filed December 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00845-CV

### KYLE BRADLEY AND ANDREA BRADLEY, Appellants
### V.
### DAVID WIER AND KELLY WIER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02782-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated August 20, 2014, we informed appellants that the clerk's record had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to file written verification that they had paid for or made arrangements to pay for the clerk's record or that they had been found entitled to proceed without payment of costs. We cautioned appellants that if they did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellants have not provided the required documentation, nor have they otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

140845F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KYLE BRADLEY AND ANDREA
BRADLEY, Appellants

No. 05-14-00845-CV          V.

DAVID WIER AND KELLY WIER,
Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-02782-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DAVID WIER AND KELLY WIER recover their costs of this appeal from appellant KYLE BRADLEY AND ANDREA BRADLEY.

Judgment entered this 19th day of December, 2014.